## HIRAM POOL ET AL. v. ALBERT E. SAFFORD.

*Chamber order of county judge — appeal from — can only be taken after order has been entered in the county clerk's office.*

APPEAL by a receiver in the above-entitled action appointed in supplementary proceedings, from an order said to have been made at chambers, by the county judge of Cattaraugus county, that the said receiver account and show cause why an attachment should not issue against him for contempt.

The court at General Term said " The original judgment under which the supplementary proceedings were instituted, was recovered in the Supreme Court. The said order, if reviewed by this court, is to be reviewed in the same manner as if made by a judge of the Supreme Court. (Code, § 403.)

Such an order, made out of court, cannot be reviewed on appeal, unless entered with the clerk of the court. (Code, § 350.)

The case contains no evidence that the order appealed from has ever been entered anywhere, and there is no evidence, such as the statute requires, that any such order has been made. Consequently, this court has no jurisdiction to act upon the appeal, which must therefore be dismissed."

*J. M. Congdon*, for appellant C. E. Marsh, receiver. *C. Z. Lincoln*, for S. C. Green, respondent.

Opinion by TALCOTT, J.

Present — MULLIN, P. J., TALCOTT and SMITH, JJ.

Appeal dismissed, with ten dollars costs and disbursements.